AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

KEVIN BRIGGS

**WARRANT FOR ARREST**

CASE NUMBER: 03cr10361 RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___KEVIN BRIGGS___
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and to possess with intent to distribute, five kilograms or more of cocaine, a schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1) & 841(b)(1)(A)__

__Catherine [signature]__        __Supervisor__
Name of Issuing Officer                       Title of Issuing Officer

__Catherine [signature]__        __12-3-03  Boston__
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____ by _____
                                                       Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY _FBI_
BY ARREST OF ABOVE NAMED
DEFENDANT ON __12/10/03__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____      WEIGHT: _____

SEX: _____      RACE: _____

HAIR: _____      EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____