```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
                         )
v.                       )      CRIMINAL NO. 03-10361-RWZ
                         )
                         )
KEVIN BRIGGS             )
```

### MOTION TO CONTINUE ARRAIGNMENT

The defendant Kevin Briggs respectfully moves this Court to continue his arraignment on the superceding indictment in the above-captioned case until August 11, 2004. As grounds for this motion, counsel states that Mr. Briggs is not able to appear in court on today's date because of the shortness of notice of today's court hearing. Mr. Briggs will be able to appear for arraignment on August 11, assuming that date is convenient for the court.

Wherefore, for the above-stated reason, the defendant requests that this motion to continue the arraignment in this case be granted.

```
                         Respectfully submitted,

                         KEVIN BRIGGS
                         By his attorney,

                         /s/  Syrie D. Fried
                            B.B.O. # 555815
                         Federal Defender Office
                         408 Atlantic Avenue, 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```