```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
                             )
v.                           )    CRIM. NO. 03-10361-RWZ
                             )
                             )
KEVIN BRIGGS                 )
```

## MOTION FOR A JUDICIAL RECOMMENDATION

The defendant Kevin Briggs respectfully requests that this Court recommend to the Federal Bureau of Prisons ("BOP") that he be designated to serve his sentence in this case at the Federal Prison Camp at Devens, Massachusetts.

On November 16, 2005, this Court sentenced Mr. Briggs to an eighteen-month term of imprisonment. Given Mr. Briggs' lack of significant criminal history and the non-violent nature of this offense, it is probable that the BOP will designate him to serve his sentence at a prison camp. Mr. Briggs wishes to serve his sentence as close to his family as possible, and for this reason requests a recommendation from this Court to the BOP that he be designated to the prison camp at Devens.

Counsel has informed Assistant U.S. Attorney William Weinreb that she is requesting the judicial recommendation set forth above. Government counsel takes no position with respect to Mr. Briggs' motion for a recommendation to the BOP.

Wherefore, for the foregoing reasons, the defendant requests that this motion for a judicial recommendation be granted.

        Respectfully submitted,

        By his attorney,

        /s/  Syrie D. Fried
        Syrie D. Fried
          B.B.O. # 555815
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02210
        Tel: 617-223-8061