UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,    )
          Plaintiff,         )
     v.                      )    Criminal No. 03-10361-RWZ
                             )
JOHN MELO,                   )
          Defendant.         )
                             )
```

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter for the purposes of receiving ECF Notices.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Jennifer H. Zacks
    JENNIFER H. ZACKS
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Date: March 2, 2006